# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE: **CARMEN MARIA IBARRA ORTEGA**
SSN xxx-xx-2488

CASE NO: **18-01414-MCF**

Debtor(s)

**Chapter 13**

---

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **EDGARDO VEGUILLA GONZALEZ***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$300.00**     Outstanding (Through the Plan): **$2,700.00**

---

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☑ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: $**0.00**

**Liquidation Value: $2,839.00   Estimated Priority Debt: $0.00**

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $2,839.00**

With respect to the (amended) Plan date: **Jul 26, 2018  (Dkt  23)**      **Plan Base: $56,266.92**

**The Trustee:** ☐ **DOES NOT OBJECT**  ☑ **OBJECTS**  **Plan Confirmation**  Gen. Uns. Approx. Dist.: TBD %

**The Trustee objects to confirmation for the following reasons:**

---

[1325(a)(5)] Plan fails to comply with required treatment of allowed Secured Claims.

- 1325 (a)(5)(A): Secured creditor(s) provided for in the plan has/have NOT ACCEPTED the same.

The plan fails to provide treatment for Army & Air Force secured claim as per POC No. 2. Debtor filed an objection to POC 2-1, therefore, the necessity of a provision to this claims depends on the outcome of the objection filed July 25, 2018.

---

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with plan scheduled distribution or no sufficient information to determine it.

The plan is only paying 79% of the proof of claims filed by Roosevelt Cayma Asset Co.

---

*OTHER COMMENTS / OBJECTIONS

None.

---

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

---

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: August 13, 2018

/s/ Mayra Arguelles, Esq.

Last Docket Verified: 25    Last Claim Verified: 6-2    CMC: