# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**CARMEN MARIA IBARRA ORTEGA**
**aka CARMEN M. IBARRA ORTEGA**

xxx–xx–2488

Debtor(s)

Case No. **18–01414 MCF**

Chapter **13**

FILED & ENTERED ON 11/26/18

## *ORDER*

Debtor's objection to claim #2 filed by Army & Air Force Exchange Services (docket entry #22), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, November 26, 2018 .

Mildred Caban Flores
United States Bankruptcy Judge